UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-mj-00059-PAL |
| v. | ) | MOTION FOR LEAVE TO DISMISS |
| LUIS FELIPE VAZQUEZ, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Criminal Complaint filed on January 20, 2010, and requests the case be closed.

DANIEL G. BOGDEN
United States Attorney

/s/ Russell E. Marsh
RUSSELL E. MARSH
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing motion for leave to dismiss and the case is ordered closed.

DATED this 19th day of December, 2011.

_____
PEGGY A. LEEN
United States Magistrate Judge